ELLIS PARK
Attorney and Counselor at Law
2312 Park Avenue, #210
Tustin, California 92782
Telephone: (949) 910-9840

Attorneys for Claimants
James H. Park and Helen Park

IN THE UNITED STATE DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       Plaintiff, )<br>   vs. )<br>)<br>APPROXIMATELY $70,563.22 IN U.S. )<br>CURRENCY SEIZED FROM MISSION )<br>BANK ACCOUNT NUMBER 300288 )<br>)<br>       Defendant. ) | 1:13-CV-00602-AWI-SMS<br><br>STIPULATION AND ORDER EXTENDING THE CLAIMANTS TIME TO FILE A CLAIM TO COMPLAINT FOR FORFEITURE IN REM<br><br>BEFORE: HON. SANDRA M. SNYDER |

It is hereby stipulated by and between Claimants James Park and Helen Park, ("Claimants"), and United States of America, (the "Government"), and by and through their respective attorneys, as follows:

1.      On or about January 3, 2012, Claimants filed a claim with the Internal Revenue Service Criminal Investigations (the "IRSCI") with respect to the above-referenced approximately $70,563.22 in U.S. Currency seized from Mission Bank account no.: 3000288 (the "funds") which was seized on or about November 7, 2012.

2.      The IRSCI has sent a written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties. No person other than Claimants filed a claim under 18 U.S.C. § 983(a)(2)(A)-(E) to the funds in the administrative forfeiture proceeding.

3.      Title 18 U.S.C. § 983(a)(3)(A) requires the Government to file a complaint for forfeiture against the funds and/or to obtain an indictment alleging that the funds are subject to forfeiture within 90 days after a claim has been filed unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline for the Government was April 3, 2013, but the parties agreed to extend the time twenty one (21)

days to April 24, 2013. On April 24, 2013, the Government filed the Complaint for Forfeiture.

4.     On May 9, 2013, the Notice of Forfeiture Action was sent by U.S. Mail and Certified Mail to Claimants' attorney.

5.     Under Rule G(5)(a)(ii)(B), the current deadline to file a Claim contesting the forfeiture of the funds is June 14, 2013, and that an Answer and/or Motion under Rule 12 to be filed no later than twenty one (21) days after filing the claim.  On June 5, 2013, Claimants' attorney telephonically conferred with the Assistant U.S. Attorney, Heather Mardell Jones, Esq., to extend the deadline for Claimants to file a Claim.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 5, 2013 for Claimants to file a Claim contesting the forfeiture against the funds.

7.     Accordingly, the parties agree that the deadline for Claimants to file the Claim contesting the civil forfeiture and respond to the Government Notice shall be extended to Friday, July 5, 2013.

Dated: June 19, 2013           /s/ Ellis Park_____
                               ELLIS PARK
                               Attorney for Claimants
                               James H. Park and Helen Park


                               BENJAMIN B. WAGNGER
                               United States Attorney

Dated: June 19, 2013           /s/ Heather Mardell Jones_____
                               HEATHER MARDELL JONES
                               Assistant Unites States Attorney


IT IS SO ORDERED.

Dated: 6/20/2013               /s/ SANDRA M. SNYDER_____
                               HON. SANDRA M. SNYDER
                               UNITED STATES MAGISTRATE JUDGE