1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                  | Case No. 1:13-CV-00602-JLT
12 |                            Plaintiff,      | JOINT STIPULATION TO CONTINUE
                                                  SCHEDULING CONFERENCE ORDER
13 |          v.                                | DATES; ORDER
14 | APPROXIMATELY $70,563.22 IN U.S.           | (Doc. 23)
   | CURRENCY SEIZED FROM MISSION
15 | BANK ACCOUNT NUMBER 3000288,
16 |                            Defendant.

17
        The United States, Claimant James Park and Potential Claimant Helen Park, by
18
   and through their attorney of record, hereby move for a continuance of the discovery and
19
20 disclosure dates currently set forth in the Court's Scheduling Order (ECF No. 22).

21      The parties jointly agree that to facilitate and complete full discovery and disclosure

22 of said discovery, the discovery and disclosure dates currently set forth in the Joint

23 Scheduling Report should be extended approximately 90 days and that the remaining
24
   dates in the Court's Scheduling Order issued pursuant thereto should be extended
25
26 approximately 90 days;

27      Since the time of the initial scheduling conference, Ellis Park, counsel for Claimant

28

James Park and Potential Claimant Helen Park has undergone invasive surgery to remove part of his lower right lung.  Additionally, Counsel has had complications arise from the surgery, has been hospitalized, and is currently under doctors care and unable to meet with his clients in order to prepare discovery responses and clear dates for depositions.

Due to Attorney Park's recent serious health issues, the parties now jointly agree the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately sixty (90) days, and the remaining scheduling dates should be extended ninety (90) days;

The parties hereby stipulate and propose that the dates set forth in the Court's Scheduling Order (ECF No. 22) should be changed to the following dates:

| Scheduling Order Date | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | September 30, 2014 | December 30, 2014 |
| Expert Disclosure | September 2, 2014 | December 2 , 2014 |
| Supplemental Expert Disclosure | No Dates Given | N.A. |
| Expert Discovery Cutoff | October 30, 2014 | January 30, 2015 |
| Non-Dispositive Motion Filing | November 26, 2014 | February 26, 2015 |
| Dispositive Motion Filing | January 26, 2015 | April 26, 2015 |
| Pre-Trial Conference Date | March 17, 2015 | June 17, 2015 |
| Court Trial Date | May 26, 2015 | August 26, 2015 |

Dated:  July 22, 2014

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney


/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

1  Dated: July 22, 2014                                /s/ Ellis Park
2                                                      ELLIS PARK
                                                       Attorney for Claimant James Park
3                                                      and Potential Claimant Helen Park

**ORDER**

All dates currently set forth in the Court's Scheduling Order (ECF No. 22) shall be rescheduled to those dates stipulated to by the parties, as set forth hereinabove **except that** the bench trial is set on **September 14, 2015.**

IT IS SO ORDERED.

   Dated:   **July 23, 2014**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE